In the Matter of the Claim of HENRY SCHUBERT, Appellant, against ABRAHAM HELLER et al., Respondents. STATE INDUSTRIAL BOARD, Appellant.

(Argued October 4, 1932; decided October 18, 1932.)

*Benjamin Davidson* and *David Stern* for claimant-appellant.

*John J. Bennett, Jr., Attorney-General (Joseph A. McLaughlin* of counsel), for the State Industrial Board, appellant.

*William E. Lyons* and *Barnett Cohen* for Royal Indemnity Company, respondent.

Order affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.